UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN KEITH FLOYD, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT JONES, <br><br> Defendant. | No. 2:18-cv-02470-JAM-CKD P <br><br> FINDINGS AND RECOMMENDATIONS |

By order filed April 29, 2019, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was granted one last 60-day extension of time to file an amended complaint on August 9, 2019. ECF No. 10. In that same order, plaintiff was advised that no further extensions of time would be granted. ECF No. 10. The time to file an amended complaint has now expired, and plaintiff has not done so or otherwise responded to the court's August 9, 2019 order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/floy2470.fta.docx