| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| BRYAN KEITH FLOYD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT JONES,<br><br>　　　　　Defendant. | No. 2:18-cv-02470 JAM CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 23, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed October 23, 2019, are adopted in full; and

　　2. This action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: January 23, 2020

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE